## GIORDENELLO *v.* UNITED STATES.

No. 515, Misc.   Decided June 30, 1958.

*William F. Walsh* for petitioner.

*Solicitor General Rankin* for the United States.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted.   The judgment of the United States Court of Appeals for the Fifth Circuit is reversed.   No. 549, *Giordenello* v. *United States, ante,* p. 480, decided this day.

MR. JUSTICE BURTON, MR. JUSTICE CLARK, and MR. JUSTICE WHITTAKER dissent for the reasons set forth in the dissenting opinion in No. 549, decided this day.